**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **GLENDA MARGARITA VILLASENOR,** )<br>           **Plaintiff,** )<br>           **v.** )<br>**MICHAEL J. ASTRUE,** )<br>**Commissioner of the Social** )<br>**Security Administration,** )<br>           **Defendant.** ) | Case No. CV 11-2795 AJW<br><br>**J U D G M E N T** |

      **IT IS ADJUDGED** that defendant's decision is reversed, and the case is remanded for further administrative proceedings consistent with the Memorandum of Decision filed concurrently herewith.

March 21, 2012

_____
ANDREW J. WISTRICH
United States Magistrate Judge