IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, GLENDA VILLASENOR

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GLENDA VILLASENOR,<br><br>    Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendants. | Case No.: CV 11-2795 AJW<br><br>ORDER<br>AWARDING EAJA FEES<br><br><br>HON. ANDREW J. WISTRICH<br><br>UNITED STATES MAGISTRATE JUDGE |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of THREE THOUSAND SEVEN HUNDRED DOLLARS ($3,700.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: May 10, 2012

_____
HON. ANDREW J. WISTRICH
U.S. MAGISTRATE JUDGE